Annorah H. Kneale, Appellant, v. The Rochester and Lake Ontario Railroad Company, Respondent. — Order modified so as to grant a new trial on payment of the costs of the former trial, and as so modified affirmed, without costs of this appeal to either party.

Mary Cunningham,Appellant,v. Edward Tierney, Respondent.— Order reversed, with ten dollars costs and disbursements to abide event and motion denied. Opinion by Smith, P. J.

Lotta Wicler, Respondent, v. William Mooney (Nephew), Appellant, Impleaded, etc. — Order affirmed, with ten dollars costs and disbursements. Opinion by Haight, J.

Yetta Thalheimer, Respondent, v. James Lamont, Appellant. — Judgment and order reversed and new trial ordered in the Monroe County Court, costs to abide event. Opinion by Smith, P. J.

Eugene B. Palmer, as Administrator, etc., Respondent,v The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, Smith, P. J., taking no part.

Lillie B. McManus, Respondent, v. John H. Byrnes, Appellant. — Judgment affirmed.

Susan M. Singleton, Respondent,v. James Thorn ton and others, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Smith, P. J.

Philip Green, Respondent, v. Nelson H. Swink, Appellant. — Judgment reversed and new trial ordered, costs to abide event. Opinion by Bradley, J.

Milo D. Smith, Respondent, v. James Halligan, Appellant. — Order affirmed. Opinion by Smith, P. J.

Emma C. Gaige, Respondent, v. The Grand Lodge of the Ancient Order of United Workmen of the State of New York, Appellant. — Judgment reversed and new trial ordered, costs to abide event. Opinion by Haight, J.

The People of the State of New York, Appellant, v. John P. Allen, Respondent. — Judgment affirmed. Opinion by Smith, P. J.; dissenting opinion by Haight, J.

John C. Wick and another, Executors, etc., Respondents, v. Edward M. Jewett, Appellant. — Judgment affirmed. Opinion by Bradley, J.

Jacob Moore, Respondent, v. James F. Le Clare, Appellant. — Judgment and order affirmed. Mem. by Smith, P. J.

Eliza Moyer, Plaintiff, v. Augustus Urtel and James C. Shad, Defendants. — Judgment ordered for the plaintiff on the verdict. Opinion by Haight, J.

Henry J. Anderson, as Receiver, etc., Respondent, v. Gates Sherwood and another, Appellants.— Order affirmed, without costs. Opinion by Bradley, J.

The People of the State of New York, Respondent, v. Samuel J. Jackson, Appellant. — Judgment affirmed.

In the Matter of the Probate of the Last Will and Testament of Susan Cobb, Deceased. — That portion of the decree appealed from is reversed and decree modified accordingly, without costs. Opinion by Bradley, J.

Earle A. Dodson, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Order affirmed, with ten dollars costs and disbursements, on authority of *The Pfaudler, etc., Co.* v. *Sargent* (25 Weekly Dig., 483).

In the Matter of Jane A. Porter, a Lunatic. — Order affirmed.

The New York, Lake Erie and Western Railroad Company v. Catherine Miller. — The order, as modified at the March Term, is amended by striking out the words " but is subject to such right and duty," and adding the words " but this shall not be construed as an adjudication of such right and duty so as to conclude the.parties in that respect." Haight, J., not sitting.

The Delaware, Lackawanna and Western Railroad Company v. Martha A. Gilbert. — Motion for reargument denied, and motion for leave to appeal to the Court of Appeals granted.

In the Matter of the Application of Carrie E. White for a peremptory writ of *mandamus*. Motion denied on default, with ten dollars costs.

The People of the State of New York v. David Snyder. — Motion to compel the restoration of the fine denied.

Edmund Stewart v. George W. Cole — Motion for reargument denied.

Micajah Juckson v. The City of Rochester. — Motion for leave to appeal to the Court of Appeals granted.

John Burlingame v. William H. Mandeville. — Motion for leave to appeal to the Court of Appeals granted.

# FIRST DEPARTMENT, JUNE TERM, 1887.

The People of the State of New York *ex rel.* George Blonk v. The Board of Police. — Proceedings of commissioners reversed. Opinion *Per Curiam.*

H. Jolsens Taendstikfabrikker and others, Respondents, v. Horace K. Thurber and others, Appellants. — Judgment affirmed, with costs. Opinion by Brady, J.

Robert L. Harrison, Respondent, v. Edward W. Vanderbilt and others, Appellants. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Lizzie Guibert, Respondent, v. William B. Whiteman, Appellant. — Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Daniels. J.

Campbell Printing Press Company, Respondent, v. Stillman R. Walker, Appellant — Judgment affirmed, with costs. Opinion by Brady, J.

Frederick Vagen, Appellant, v Magdalena Birngruber, Respondent.—Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Van Brunt, P. J.

Michael J. Daly, Plaintiff, v. Joshua C. Sanders, Defendant. — Judgment ordered, as directed in opinion, without costs. Opinion by Daniels, J.

Daniel Ryan and another, Respondents, v. The Elephant Building Company, Appellant. — Judgment and order affirmed. Opinion by Daniels, J.

Edwin A. Bradley, Plaintiff, v Ward B. Chamberlain, Defendant. — Order reversed and mo. tion granted upon conditions stated in opinion-Opinion *Per Curiam.*

Edwin A. Bradley, Plaintiff, v. Ward B. Chamberlain, Defendant. — Order affirmed. Opinion *Per Curiam.*

Farmers' Loan and Trust Company v. Bankers and Merchants' Insurance Company.— Motion for reargument denied, with ten dollars costs. Opinion *Per Curiam*

George F. Langbein and others, Respondents, v. Charles E. Aaron, Appellant. — Orders affirmed, with ten dollars costs of appeal in one case, and the disbursements in both.

Silas Seymour, Respondent, v. The Adirondack Railway Company, Appellant.—Order affirmed, with costs. Opinion *Per Curiam.*

Cecelia L. Norton, as Executor, Respondent, v. Union Trust Company of New York, Appellant. — Order reversed and motion granted. Opinion *Per Curiam.*